Timothy Clarence **ALLISON,**
Petitioner–Appellant,

v.

Marcus **HUGHES;** Michael F. **Easley,**
Respondents–Appellees.

No. 00–7358.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 10, 2001.

Decided Jan. 31, 2001.

Timothy Clarence Allison, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

**PER CURIAM.**

Timothy Clarence Allison seeks to appeal the district court's order granting Respondent's motion for summary judgment and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Allison v. Hughes,* No. CA–00–132–MU (W.D.N.C. Sept. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*